**Lawrence Verline WILDER, Sr., Plaintiff—Appellant,**

v.

**TOYOTA MOTOR CREDIT CORPORATION; Unknown Agents, Defendants—Appellees.**

**No. 09–1807.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2009.

Decided: Oct. 23, 2009.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order denying relief on his civil action. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Wilder v. Toyota Motor Credit Corp.*, No. 1:09–cv–01734–CCB (D.Md. July 8, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*